**DENY and Opinion Filed March 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00098-CV**

**IN RE EDWARD THOMPSON, Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80391-2021**

## MEMORANDUM OPINION
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Garcia

In his February 11, 2021 petition for writ of mandamus, relator seeks a writ of mandamus requiring the trial court to show evidence of its jurisdiction and compelling the court to clarify evidence, among other things. Because relator has not submitted a record, we deny the petition because we are unable to conduct a meaningful review of his claims. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210098F.P05